**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br>     ROBERT WHITTAKER <br>     LISA WHITTAKER <br>         Debtor(s) | Case No. 10-28523 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2010.

2) The plan was confirmed on 08/25/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/05/2012.

5) The case was completed on 09/05/2014.

6) Number of months from filing to last payment: 50.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,750.00.

10) Amount of unsecured claims discharged without payment: $53,473.60.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $58,960.00 |
| Less amount refunded to debtor | $857.83 |
| **NET RECEIPTS:** | **$58,102.17** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,840.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,632.37 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,472.37** |

Attorney fees paid and disclosed by debtor:      $1,660.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFFINITY HEALTHCARE | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| AFFINITY HEALTHCARE | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL FINANCE | Unsecured | 21,886.60 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASSCESS ORTHOPAEDICS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBA EQUITY ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL LOAN ADMIN & R | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CFC DEFICIENCY RECOVERY | Unsecured | 2,341.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 930.00 | 930.35 | 930.35 | 930.35 | 0.00 |
| CHASE BANK USA | Unsecured | 3,371.00 | 3,371.57 | 3,371.57 | 3,371.57 | 0.00 |
| CHASE HOME FINANCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL CO LLC | Unsecured | 0.00 | 2,341.61 | 2,341.61 | 2,341.61 | 0.00 |
| CITIFINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 244.00 | 244.00 | 244.00 | 0.00 |
| CITY OF REHOBOTH BEACH | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLUMBUS BANK & TRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY CONSOLIDATED SCHO | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| DELMARVA POWER | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | NA | 137.81 | 137.81 | 137.81 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 343.00 | 342.90 | 342.90 | 342.90 | 0.00 |
| EAST BAY FUNDING | Unsecured | 6,920.00 | 6,920.71 | 6,920.71 | 6,920.71 | 0.00 |
| EAST BAY FUNDING | Unsecured | 326.00 | 326.01 | 326.01 | 326.01 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 7,565.00 | 7,365.60 | 7,365.60 | 7,365.60 | 0.00 |
| EZ LOANS | Unsecured | 1,247.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HEART EQUINE | Unsecured | 962.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP | Unsecured | 22,012.00 | NA | NA | 0.00 | 0.00 |
| HOWARD L SCHAPIRO | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SVCS INC | Secured | NA | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SVCS INC | Secured | NA | 1,794.92 | 1,794.92 | 0.00 | 0.00 |
| HSBC RS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC RS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC RS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INSTANT CASH USA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 331.02 | 331.02 | 331.02 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,862.14 | 8,981.31 | 8,981.31 | 8,981.31 | 0.00 |
| IRENE SZETO | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| KENWOOD SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| KINGSTON FINANCIAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NARC SCHEINER MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ADVANTAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASH | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 522.00 | 233.69 | 233.69 | 233.69 | 0.00 |
| ONYX ACCEPTANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLUTO MARKETING | Unsecured | 590.00 | 400.00 | 400.00 | 400.00 | 0.00 |
| PRO PHYSICAL THERAPY | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS WOODS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SPRINGCASTLE FINANCE FUNDING | Unsecured | NA | 19,418.60 | 19,418.60 | 19,418.60 | 0.00 |
| SPRINGCASTLE FINANCE FUNDING | Secured | 0.00 | 1,794.92 | 1,794.92 | 1,794.92 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| STAR CASH PROCESSING | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ARLINGTON HEIGHTS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PALATINE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PALATINE POLICE DEP | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | 949.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ACCEPTA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL ILLINOIS | Unsecured | 489.00 | 489.70 | 489.70 | 489.70 | 0.00 |
| WFNNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON FIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WLM TRST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WLM TRST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WM FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WOMANCARE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WSFS CHEK | Unsecured | 1,113.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $1,794.92 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,794.92 | $1,794.92 | $0.00 |
| **TOTAL SECURED:** | **$3,589.84** | **$1,794.92** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,981.31 | $8,981.31 | $0.00 |
| **TOTAL PRIORITY**: | **$8,981.31** | **$8,981.31** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$42,853.57** | **$42,853.57** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,472.37 |
| Disbursements to Creditors | $53,629.80 |
| **TOTAL DISBURSEMENTS** : | **$58,102.17** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/12/2015                          By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**